1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                         EASTERN DISTRICT OF CALIFORNIA

8

9  SHARON SAUNDERS,                    )        No. CV-F-04-5924 REC LJO
                                       )
10               Plaintiff,            )        ORDER GRANTING PLAINTIFF'S
                                       )        REQUEST FOR VOLUNTARY
11          vs.                        )        DISMISSAL.
                                       )
12 DET. CYNTHIA KNIGHT, et al.,        )        (Doc. 53)
                                       )
13               Defendants.           )
                                       )
14 _____    )

15      On July 12, 2005, Plaintiff Sharon Saunders ("Plaintiff")

16 filed a "request for a court order dismissing state tort claims

17 causes of action in lieu of filing amended complaint."  County

18 Defendants filed a statement of conditional non-opposition to

19 Plaintiff's request.  County Defendants request that Plaintiff's

20 claims against DA Defendants, on which the dismissal order noted

21 that amendment would be permissible because Plaintiff could amend

22 as of right under Rule 15 of the Federal Rules of Civil

23 Procedure, be deemed dismissed and the action finally concluded

24 as to those defendants.

25      Rule 41(a) of the Federal Rules of Civil Procedure allows a

26 plaintiff to voluntarily dismiss a cause of action prior to the

                                       1

filing of an answer or motion for summary judgment.  Fed. R. Civ.
P. 41(a)(1)(i).  Neither has been filed in this case and
Plaintiff could properly voluntarily dismiss without a court
order.  However, because Plaintiff requested an order and because
a court may order a voluntary dismissal "upon such terms and
conditions as the court deems proper," Fed. R. Civ. P. 41(a)(2),
the Court rules as follows:

    **IT IS ORDERED** that Plaintiff's state law claims are hereby
DISMISSED WITH PREJUDICE;

    **FURTHER ORDERED** that Plaintiff's federal claims asserted
against DA Defendants are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated: _August 2, 2005_**         _____/s/ Robert E. Coyle_____
ia40ij                         UNITED STATES DISTRICT JUDGE