IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SAUNDERS,            ) | No. CV-F-04-5924 REC LJO |
|                             ) | |
|         Plaintiff,          ) | ORDER GRANTING PLAINTIFF'S |
|                             ) | REQUEST FOR VOLUNTARY |
|    vs.                      ) | DISMISSAL. |
|                             ) | |
| DET. CYNTHIA KNIGHT, et al.,) | (Doc. 53) |
|                             ) | |
|         Defendants.         ) | |
|                             ) | |

On July 12, 2005, Plaintiff Sharon Saunders ("Plaintiff") filed a "request for a court order dismissing state tort claims causes of action in lieu of filing amended complaint." County Defendants filed a statement of conditional non-opposition to Plaintiff's request. County Defendants request that Plaintiff's claims against DA Defendants, on which the dismissal order noted that amendment would be permissible because Plaintiff could amend as of right under Rule 15 of the Federal Rules of Civil Procedure, be deemed dismissed and the action finally concluded as to those defendants.

Rule 41(a) of the Federal Rules of Civil Procedure allows a plaintiff to voluntarily dismiss a cause of action prior to the

1 filing of an answer or motion for summary judgment.  Fed. R. Civ.
2 P. 41(a)(1)(i).  Neither has been filed in this case and
3 Plaintiff could properly voluntarily dismiss without a court
4 order.  However, because Plaintiff requested an order and because
5 a court may order a voluntary dismissal "upon such terms and
6 conditions as the court deems proper," Fed. R. Civ. P. 41(a)(2),
7 the Court rules as follows:

8 **IT IS ORDERED** that Plaintiff's state law claims are hereby
9 DISMISSED WITH PREJUDICE;

10 **FURTHER ORDERED** that Plaintiff's federal claims asserted
11 against DA Defendants are hereby DISMISSED WITH PREJUDICE.

12
13 IT IS SO ORDERED.

14 **Dated:  August 2, 2005**              /s/ Robert E. Coyle
   ia40ij                                  UNITED STATES DISTRICT JUDGE