IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SAUNDERS, et. al, | CASE NO. CV-F-04-5924 REC LJO |
| Plaintiff, | **ORDER TO FILE AND SERVE AMENDED COMPLAINT AND TO SET STATUS CONFERENCE** |
| vs. | |
| CYNTHIA KNIGHT, et. al, | Date: October 19, 2005<br>Time: 8:15 a.m. |
| Defendants. | Dept.: 6 (LJO) |

This Court conducted an August 4, 2005 status conference. Plaintiff Sharon Saunders ("Ms. Saunders") proceeds pro se and appeared for herself by telephone. Senior Deputy County Counsel Bruce B. Johnson appeared by telephone for remaining defendants Fresno County, Cynthia Knight, Richard Pierce, Mark Chapman, Sgt. Dadian, Earl Richardson, Janice Rasmussen, Ken Bowden, Dale Bauman, Mike Severson, Patrick Hanson, and Juan Espinoza. Plaintiff Merlin Saunders no longer pursues claims in this action and is no longer a party to this action.

Based on the parties' stipulation and good cause, this Court:

1. ORDERS Ms. Saunders, no later than September 14, 2005, to file and serve her first amended complaint to allege federal (42 U.S.C. § 1983) claims against remaining defendants Fresno County, Cynthia Knight, Richard Pierce, Mark Chapman, Sgt. Dadian, Earl Richardson, Janice Rasmussen, Ken Bowden, Dale Bauman, Mike Severson, Patrick Hanson, and Juan Espinoza;

2. ORDERS remaining defendants Fresno County, Cynthia Knight, Richard Pierce, Mark Chapman, Sgt. Dadian, Earl Richardson, Janice Rasmussen, Ken Bowden, Dale Bauman, Mike Severson, Patrick Hanson, and Juan Espinoza, no later than October 7, 2005, to file and serve their responsive papers to Ms. Saunders' first amended complaint;

3. SETS a status conference for October 19, 2005 at 8:15 a.m. in Department 6 (LJO) to address the pleadings for this action, setting a scheduling conference, and whether the parties consent to the conduct of all further proceedings before a United States Magistrate Judge. The parties may appear at the status conference in person or may call the Court at (559) 498-7322 to appear.

IT IS SO ORDERED.

**Dated:   August 4, 2005**          **/s/ Lawrence J. O'Neill**
66h44d                              UNITED STATES MAGISTRATE JUDGE