```
DENNIS A. MARSHALL
  County Counsel
BRUCE B. JOHNSON, JR.
  Senior Deputy County Counsel – SBN 142968
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California  93721

Telephone:  (559) 488-3479
Facsimile:   (559) 488-1900
```

FILED
2005 OCT 19 A 9: 40
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SAUNDERS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>Vs.<br><br>DETECTIVE CYNTHIA KNIGHT, et al.,<br><br>　　　　　　　Defendants. | Case No. CIV F-04-5924 REC LJO<br><br>STIPULATION AND ORDER CONTINUING HEARING ON COUNTY DEFENDANTS' RULE 12 MOTION |

### RECITALS

WHEREAS, on or about September 13, 2005, plaintiff filed a First Amended Complaint in this matter;

WHEREAS, the County defendants thereafter filed a Rule 12 motion, setting a hearing date of October 31, 2005 at 1:30 p.m. in Courtroom 1; and

WHEREAS, due to personal commitments and extenuating circumstances, in order to oppose the motion plaintiff requires more time than afforded by the existing hearing date.

///

///

///

Sanchez Declaration

|   |   |   |
|---|---|---|
| 1 | | **STIPULATION** |
| 2 | IT IS HEREBY STIPULATED AND AGREED that the hearing on the motion will |
| 3 | proceed on December 19, 2005, at 1:30 p.m. in Courtroom 1. |
| 4 | Dated: | DENNIS A. MARSHALL<br>County Counsel |
| 6 | | /s/ |
| 7 | By: | BRUCE B. JOHNSON, JR.<br>Senior Deputy County Counsel,<br>Attorneys for County Defendants |
| 10 | Dated: | /s/ |
| 12 | | SHARON SAUNDERS, Plaintiff Pro Se |

**ORDER**

The Court, having reviewed the recitals and stipulation and, good cause appearing, hereby continues the hearing on the motion to December 19, 2005, at 1:30 p.m. in Courtroom 1.

The parties are advised that the courthouse address may change in the interim between the date of this order and the date of the hearing. The current address is 1130 "O" Street, Fresno, California 93721. As of December 19, 2005, it is possible that the courthouse address may be 2500 Tulare, Fresno, California 93721. The parties are advised to determine the correct address prior to the hearing, as rescheduled.

JUDGE OF THE SUPERIOR COURT

# PROOF OF SERVICE

***SAUNDERS v. DETECTIVE CYNTHIA KNIGHT, ET AL.***
**U.S. District Court Case No. CIV F-04-5924 REC LJO**

I, URSULA BUFE, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed at the Fresno County Counsel's Office, 2220 Tulare Street, Fifth Floor, Fresno, California, 93721.

On October 11, 2005, I served a copy(ies) of the within

**Stipulation and [Proposed] Order Continuing Hearing
on County Defendants' Rule 12 Motion**

on the interested party(ies) in said action addressed as follows:

| | |
|---|---|
| **Sharon Saunders** | Plaintiff |
| **111 W. Bullard, #102-243** | |
| **Clovis, California 93612-6313998** | **Via U.S. Mail** |

☐    by placing the document(s) listed above for mailing in the United States mail at Fresno, California, in accordance with my employer's ordinary practice for collection and processing of mail, and addressed as set forth above.

☐    by transmitting via facsimile the above listed document(s) to the fax number(s) set forth above on this date before 5:00 p.m. pacific standard time.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth above.

☐    by placing the document(s) listed above in a sealed envelope, and placing the same for overnight delivery by California Overnight at Fresno, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 11, 2005, at Fresno, California.

_____
URSULA BUFE

3

Sanchez Declaration