1

2   DENNIS A. MARSHALL
      County Counsel
3   BRUCE B. JOHNSON, JR.
      Senior Deputy County Counsel – SBN 142968
4   FRESNO COUNTY COUNSEL

5   2220 Tulare Street, 5th Floor

6   Fresno, California   93721

7   Telephone:  (559) 488-3479
     Facsimile:    (559) 488-1900
8

9   Attorneys for Fresno County Sheriff Defendants

10

11                          UNITED STATES DISTRICT COURT

12

13                          EASTERN DISTRICT OF CALIFORNIA

14

15   SHARON SAUNDERS, et al.,                    Case No. CIV F-04-5924 AWI LJO

16                                               STIPULATION AND ORDER
                                                 CONTINUING DEADLINES
17                              Plaintiffs,

18                   Vs.

19

20   DETECTIVE CYNTHIA KNIGHT, et al.,

21                              Defendants.

22

23

24                                **STIPULATION**

25         IT IS HEREBY STIPULATED AND AGREED that as currently ordered by the Court, the
     following deadlines and hearing dates are imposed on the parties:

26         Expert witness disclosure            03/12/07
           Supp. expert witness disclosure          03/19/07
27         Non-expert discovery cutoff         04/06/07
           Expert discovery cutoff                 05/11/07
28         Pre-trial motion filing deadline         06/07/07
           Pretrial hearing deadline            07/13/07
           Pretrial conference                 08/01/07 8:30 Ct. 2

1
─────────────────────────────────
Stipulation and Order

1

2          Trial                                    09/11/07

3              IT IS FURTHER STIPULATED AND AGREED that due to the discovery- and motion-

4    related needs of the parties, and due to the recent reassignment of the case among judges, each

5    and every deadline shall be continued a minimum of two months.          IT IS FURTHER

6    STIPULATED AND AGREED that counsel for the Sheriff defendants represents that he

7    currently has eminent domain trials scheduled to commence on December 3, 2007 (California

8    Water Commission v. Ann Dawn, FCSC Case No. 05 CE CG 01619 AMS), and on December

9    17, 2007 (County of Fresno v. Neal Costanzo, FCSC Case No. 06 CE CG 02713) and, therefore,

10   the Sheriff defendants request that as rescheduled, the trial of the instant matter shall not be

11   scheduled during the month of December, 2007.   Dated:    March 1, 2007DENNIS A. MARSHALL
                                                               County Counsel
12
                                                               /s/ Bruce B. Johnson
13

14   .
                                         By:    BRUCE B. JOHNSON, JR.
                                                Senior Deputy County Counsel,
15   .                                          Attorneys for Fresno County Sheriff's
                                                Department
16

17

18   Dated: 2/27/07                             /s/ Sharon Saunders

19
                                                SHARON SAUNDERS, Defendant
20

21

22

23

24

25

26

27

28


2

1

2

3                                             **ORDER**

4

        The Court, having reviewed the recitals and stipulation and, good cause appearing, hereby

5   ORDERS the following deadlines and dates continued:

6
                                              Old Deadline          New Deadline
7       Expert witness disclosure            03/12/07              May 16, 2007
        Supp. expert witness disclosure      03/19/07              May 25, 2007
8       Non-expert discovery cutoff          04/06/07              June 12, 2007
9       Expert discovery cutoff              05/11/07              July 20, 2007
        Pre-trial motion filing deadline     06/07/07              August 17, 2007
10      Pretrial hearing deadline            07/13/07              September 21, 2007
11      Pretrial conference                  08/01/07 8:30 Ct. 2   November 7, 2007 at 8:30
        a.m. in Dept. 4 (LJO)
12      Trial                                09/11/07              January 14, 2007 at 9 a.m. in
13      Dept. 4 (LJO)

14

15
    IT IS SO ORDERED.
16
    **Dated:      March 2, 2007**                        **/s/ Lawrence J. O'Neill**
17  66h44d                                         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order