DENNIS A. MARSHALL
 County Counsel
BRUCE B. JOHNSON, JR.
 Senior Deputy County Counsel – SBN 142968
FRESNO COUNTY COUNSEL
2220 Tulare Street, 5th Floor
Fresno, California   93721

Telephone:  (559) 488-3479
Facsimile:   (559) 488-1900

Attorneys for Fresno County Sheriff Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SAUNDERS, et al.,<br><br>Plaintiffs,<br><br>Vs.<br><br>DETECTIVE CYNTHIA KNIGHT, et al.,<br><br>Defendants. | Case No. CIV F-04-5924 LJO WMW<br><br>AMENDED ORDER CONTINUING DEADLINES |

On March 2, 2007, this Court entered an order (Doc. # 97) continuing various dates and deadlines in this case.  This Court inadvertently ordered the trial date continued to a date which has passed (January 14, 2007, at 9:00 a.m. in Department 4 (LJO)).  This Court hereby amends its order to continue the trial to January 14, 2008, at 9:00 a.m. in Department 4 (LJO).

IT IS SO ORDERED.

**Dated:   March 5, 2007**              /s/ Lawrence J. O'Neill
66h44d                           UNITED STATES DISTRICT JUDGE

1
Amended Order