DENNIS A. MARSHALL
  County Counsel
BRUCE B. JOHNSON, JR.
  Senior Deputy County Counsel – SBN 142968
FRESNO COUNTY COUNSEL

2220 Tulare Street, 5th Floor
Fresno, California   93721

Telephone:  (559) 488-3479
Facsimile:    (559) 488-1900

Attorneys for Fresno County Sheriff Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SAUNDERS, et al., | Case No. CIV F-04-5924 LJO WMW |
| Plaintiffs, | STIPULATION AND ORDER PERMITTING VOCATIONAL EXAMINATION |
| Vs. | STIPULATION AND ORDER VACATING HEARING ON MOTION FOR VOCATIONAL EXAMINATION |
| DETECTIVE CYNTHIA KNIGHT, et al., | |
| Defendants. | |

**RECITALS**

Following the parties' failed efforts to meet and confer concerning the Sheriff defendants' conduct of a vocational examination of plaintiff under Rule 35, the Sheriff defendants filed a motion for order permitting vocational examination (Doc. # 102); the motion is presently scheduled to proceed to hearing on April 12, 2007, at 1:30 p.m. before the Honorable William M. Wunderlich, in Department 8.

Plaintiff thereafter has indicated a willingness to resolve this matter by stipulation and order permitting vocational examination, in lieu of a hearing.  Plaintiff has also indicated to the Sheriff defendants that the date the Sheriff defendants sought for the vocational examination by court order (April 30, 2007) is inconvenient for plaintiff.  The Sheriff defendants are willing to accommodate plaintiff's schedule by setting the vocational examination on May 7, 2007, but in light of the May 16, 2007 date for disclosure of expert witness information, request that plaintiff acknowledge the importance that the examination shall not be delayed or obstructed.

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED that plaintiff shall appear for a vocational examination to occur on May 7, 2007, commencing at 10:30 a..m., at the office of Steven Koobatian, Ph.D., C.R.C., Vocational Designs, 2307 N. Fine, Suite #121, Fresno, California 93727.

IT IS FURTHER STIPULATED AND AGREED that the examination will not be invasive, painful or burdensome.  Commencing at 10:30 a.m., Dr. Koobatian may perform an oral examination of plaintiff on subjects such as her educational and vocational background, work history, changes in functionality occurring in the interim between the event leading to the lawsuit and the date of the examination, her physical and mental abilities regarding the activities of daily living, her current employment, her past efforts to find alternative employment, and her means of transportation.  Then there will be a break of 30 minutes to one hour, depending upon progress made in the oral examination.  Following the break, Dr. Koobatian's office will perform career-oriented testing of plaintiff's interests, aptitudes for various job classifications, work personality, math and English aptitudes, spatial testing, clerical skills, mechanical testing, general problem solving, and hand dexterity and coordination.

IT IS FURTHER STIPULATED AND AGREED that Dr. Koobatian shall conclude the examination on or before 5:00 p.m., without prejudice to the Sheriff defendants requesting further time for examination in the event the examination is unduly delayed or obstructed through no fault of the Sheriff defendants, Dr. Koobatian or his staff.   Plaintiff acknowledges that the expert witness disclosure deadline is May 16, 2007, and the required exchange of reports

is due at that time.  Plaintiff acknowledges that given the disclosure deadline, if the Sheriff defendants are forced to seek additional examination time due to delays or obstruction caused by plaintiff, good cause exists for an order continuing the disclosure deadline and perhaps other due dates set by court order.

      IT IS FURTHER STIPULATED AND AGREED that the date for the hearing described in the recitals section shall be vacated.

Dated:  April 4, 2007                  DENNIS A. MARSHALL
                                           County Counsel

                                           /s/ Bruce B. Johnson, Jr.

                            By:    BRUCE B. JOHNSON, JR.
                                           Senior Deputy County Counsel,
                                           Attorneys for Fresno County Sheriff's
                                           Department

Dated: April 4, 2007

                                         /s/ Sharon Saunders

                                         SHARON SAUNDERS, Defendant

**ORDER**

      The Court, having reviewed the recitals and stipulation and, good cause appearing, hereby ORDERS VACATED the hearing on the Sheriff defendants' motion for order permitting vocational examination, presently scheduled to proceed on April 12, 2007, at 1:30 p.m. in Department 8.  The Court further ORDERS that plaintiff shall submit to a vocational examination on the terms and conditions described in the stipulation.

Dated:

IT IS SO ORDERED.

**Dated:   April 11, 2007**                      /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE