1

2  DENNIS A. MARSHALL
     County Counsel
3  BRUCE B. JOHNSON, JR.
     Senior Deputy County Counsel – SBN 142968
4  FRESNO COUNTY COUNSEL

5  2220 Tulare Street, 5th Floor

6  Fresno, California   93721

7  Telephone:  (559) 488-3479
   Facsimile:    (559) 488-1900
8

9  Attorneys for Fresno County Sheriff Defendants

10

11                         UNITED STATES DISTRICT COURT

12

13                         EASTERN DISTRICT OF CALIFORNIA

14

15  SHARON SAUNDERS, et al.,                    Case No. CIV F-04-5924 LJO WMW

16                                              STIPULATION AND ORDER
                                                CONTINUING DEADLINES
17                          Plaintiffs,

18              Vs.

19

20  DETECTIVE CYNTHIA KNIGHT, et al.,

21                          Defendants.

22

23

24                                 **RECITALS**

25        This action arises out of events of January 5, 1999, at which time the Sheriff defendants

26  executed search and arrest warrants at Fashion Fair community meeting room in Fresno, upon

27  persons suspected of participation in an "endless chain scheme", within the meaning of

28  California Penal Code section 327.


1
Stipulation and Order

1

2

3          The parties jointly request amendment of scheduling orders (Doc. ## 97, 101) which

4   have issued in this case.  The parties have underestimated the difficulties attendant to discovery,

5   which have resulted in delays.

6          For instance, plaintiff has requested production of audiotapes of recordings of wires worn

7   by citizen informants, of meetings held prior to January 5, 1999, in promotion of the same

8   business.  The Sheriff defendants have original microcassettes but no means of copying said

9   microcassettes, which are of a model in use as of 1998, but apparently not today.  Plaintiff

10  desires to perform an independent investigation whether there is available any device for

11  recordation of the microcassettes.

12         Further, because the events giving rise to this lawsuit are over eight years old, many key

13  witnesses are retired, and some have moved from the Fresno area.  Plaintiff has expressed an

14  interest in taking the deposition of defendant, retired Detective Cynthia Knight, who currently

15  resides near Eugene, Oregon.  The scheduling of Knight's deposition has been complicated by

16  her current location, and by Knight's own need to care for her mother, who is suffering medical

17  complications.   Plaintiff has also expressed an interest in taking the deposition of retired Sheriff

18  Richard Pierce, whose own schedule includes vacations in June, 2007, and is impacted by his

19  need to care for his ailing father, by taking him to a hospital in Santa Barbara, and some

20  unascertained point in late May, 2007.

21         The Sheriff defendants also intend to take several depositions, and request further time in

22  accommodation of that need.

23

24

25

26

27

28

2

1

2

3      Finally, the Sheriff defendants moved, and this court ordered, that plaintiff shall be subject

to a vocational examination in light of her claim of lost salary and benefits.  The Sheriff
4
defendants have agreed to accommodate plaintiff's own schedule by holding the vocational
5
examination before Steven Koobatian, Ph.D., on May 7, 2007.  However, in light of the existing
6
May 16, 2007 deadline for disclosure of expert witnesses, including the reports of retained
7
experts, the Sheriff defendants would request a continuance to permit Dr. Koobatian more time
8
to issue the required report.
9
                                                **STIPULATION**
10
     IT IS HEREBY STIPULATED AND AGREED that the deadlines previously established
11   by court order shall be VACATED, and the following new deadlines shall apply:
     ///
12   ///
     ///
13   ///

                                        Former deadline          New deadline
14      Expert witness disclosure        05/16/07                 06/13/07
15      Supp. expert witness disclosure     05/25/07                 06/27/07

16      Non-expert discovery cutoff      06/12/07                 07/20/07
        Expert discovery cutoff             07/20/07                 07/27/07
17
     Dated: May 8, 2007               DENNIS A. MARSHALL
18              County Counsel

19
                                      /s/ Bruce B. Johnson, Jr.
20
                             By:      BRUCE B. JOHNSON, JR.
21                                    Senior Deputy County Counsel,
                                      Attorneys for Fresno County Sheriff's
22                                    Department

23

24   Dated: 5/8/07                    /s/ Sharon Saunders

25

26                                    SHARON SAUNDERS, Defendant

27

28

3

Stipulation and Order

1

2

**ORDER**

3

4
     The Court, having reviewed the recitals and stipulation and, good cause appearing, hereby

5
ORDERS the deadlines continued, in accordance with the stipulation.

6

     IT IS SO ORDERED.

7

8
**Dated:**    **May 8, 2007**                      **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Stipulation and Order