DENNIS A. MARSHALL
  County Counsel
BRUCE B. JOHNSON, JR.
  Senior Deputy County Counsel – SBN 142968
FRESNO COUNTY COUNSEL

2220 Tulare Street, 5th Floor
Fresno, California   93721

Telephone:  (559) 488-3479
Facsimile:    (559) 488-1900

Attorneys for Fresno County Sheriff Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SAUNDERS, et al.,<br><br>                    Plaintiffs,<br><br>Vs.<br><br>DETECTIVE CYNTHIA KNIGHT, et al.,<br><br>                    Defendants. | Case No. CIV F-04-5924 LJO WMW<br><br>STIPULATION AND ORDER CONCERNING POSSIBLE DISCOVERY MOTION AS TO DEPOSITION OF DEFENDANT, CYNTHIA KNIGHT |

**RECITALS**

Plaintiff originally scheduled the deposition of defendant, Cynthia Knight, to proceed on June 20, 2007, in Eugene, Oregon, with sufficient time to have a motion to compel heard by July 20, 2007, the current discovery cutoff.

The Sheriff defendants, including Knight, filed a motion for summary judgment based on a statute of limitations issue, which was set to proceed to hearing on June 15, 2007. At the Sheriff defendants' suggestion, pending the outcome of the summary judgment motion, plaintiff agreed to reset the deposition to July 10, 2007. Part of plaintiff's motivation for agreeing to set the deposition another 20 days hence was that airline fares are more affordable for plaintiff, who is proceeding pro se, when tickets are purchased at least two weeks in advance of the date of flight. Knight thereafter objected to the date because of her participation in a Victim Advocate 24-Hour response team on July 9 and 10, 2007, for which she was on call. The Sheriff defendants then requested that plaintiff agree to a July 12, 2007 date for the deposition of Knight. Plaintiff responded that she is willing to move the date to July 12, 2007, only if there are adequate written assurances from the Court that in the event Knight wrongfully refuses to respond to specific questions, she can bring a motion to compel after the July 20, 2007 discovery cutoff.

Throughout this process, on at least two occasions, the Sheriff defendants' counsel wrongly opined to plaintiff that she could bring a discovery motion after the discovery cutoff, consistent with the nondispositive motion cutoff. In light of the Court's original scheduling order (see Doc. #76, at p. 2), the Court contemplates that the date for completion of discovery is also the date for completion of motions to compel. The undersigned counsel for the Sheriff defendants apologizes to the Court and to plaintiff for this oversight and misunderstanding of the parties' duties in relation to the discovery cutoff date, as pertains to discovery motions.

The Sheriff defendants and plaintiff would jointly advise the Court that at least five other depositions should be concluded prior to the end of June, 2007, and the parties are not seeking relief with respect to any such depositions; relief is sought only as to the deposition of Knight.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED that with respect to Knight's deposition, only, plaintiff may file a motion to compel on any date up to and including August 1, 2007.

Dated: June 22, 2007

DENNIS A. MARSHALL
County Counsel

/s/ Bruce B. Johnson, Jr.

By:  BRUCE B. JOHNSON, JR.
Senior Deputy County Counsel,
Attorneys for Fresno County Sheriff's
Department

Dated: June 22, 2007

/s/ Sharon Saunders

SHARON SAUNDERS, Defendant

**ORDER**

The Court, having reviewed the recitals and stipulation and, good cause appearing, hereby ORDERS that with respect to Knight's deposition, only, plaintiff may file a motion to compel on any date up to and including August 1, 2007.

IT IS SO ORDERED.

**Dated:    June 22, 2007**            /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE