| | |
|---|---|
| 1 | James D. Weakley, Esq.      Bar No. 082853 |
|   | Michael R. Linden, Esq.     Bar No. 192485 |
| 2 | |
| 3 | THE LAW FIRM OF |
|   | WEAKLEY, RATLIFF, |
|   | ARENDT & McGUIRE, LLP |
| 4 | 1630 East Shaw Avenue, Suite 176 |
|   | Fresno, California  93710 |
| 5 | |
|   | Telephone: (559) 221-5256 |
| 6 | Facsimile:  (559) 221-5262 |

Attorneys for Defendants, DETECTIVE CYNTHIA KNIGHT, SHERIFF RICHARD PIERCE, DETECTIVE MARK CHAPMAN, SERGEANT NEIL DADIAN, DETECTIVE EARL RICHARDSON, DETECTIVE JANICE RASMUSSEN, DETECTIVE KEN BOWDEN, DEPUTY DALE BAUMAN, DEPUTY MIKE SEVERSON, DEPUTY PATRICK HANSON, and DEPUTY JUAN ESPINOZA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | | |
|---|---|---|
| SHARON SAUNDERS, | ) | CASE NO. CIV-F-04-5924 LJO WMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' REQUEST FOR LEAVE OF COURT TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES IN LENGTH** |
| | ) | |
| FRESNO COUNTY SHERIFFS DETECTIVE CYNTHIA KNIGHT; FRESNO COUNTY SHERIFF RICHARD PIERCE;  FRESNO COUNTY SHERIFFS DETECTIVE MARK CHAPMAN; FRESNO COUNTY SHERIFF DEPT. SGT. DADIAN; FRESNO COUNTY SHERIFF DETECTIVE EARL RICHARDSON;  FRESNO COUNTY SHERIFF DETECTIVE JANICE RASMUSSEN;  FRESNO COUNTY SHERIFF DETECTIVE KEN BOWDEN; FRESNO COUNTY SHERIFF DEPUTY DALE BAUMAN;  FRESNO COUNTY SHERIFF DEPUTY MIKE SEVERSON; FRESNO COUNTY SHERIFF DEPUTY PATRICK HANSON;  FRESNO COUNTY SHERIFF DEPUTY JAUN ESPINOZA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants DETECTIVE CYNTHIA KNIGHT, SHERIFF RICHARD PIERCE, DETECTIVE MARK CHAPMAN, SERGEANT NEIL DADIAN, DETECTIVE EARL

1  RICHARDSON, DETECTIVE JANICE RASMUSSEN, DETECTIVE KEN BOWDEN, DEPUTY
2  DALE BAUMAN, DEPUTY MIKE SEVERSON, DEPUTY PATRICK HANSON, and DEPUTY
3  JUAN ESPINOZA (hereinafter "Defendants") respectfully request leave of court to file a brief in
4  excess of twenty-five (25) pages in length.  It is Defendants' understanding that the Court has a
5  Standing Order, whereby any memorandum of points and authorities in support of a noticed motion
6  is not to exceed 25 pages in length.

   Defendants intend to file a motion for summary judgment, or alternatively, summary adjudication (hereinafter "MSJ") as to the claims of plaintiff SHARON SAUNDERS (hereinafter "Plaintiff").  The instant action stems from an investigation that was performed by members of the Fresno County Sheriff's Department into an "endless chain" scheme, within the meaning of Penal Code § 327.  Plaintiff was one of several persons arrested pursuant to this investigation.  Plaintiff has brought suit against eleven individual defendants for alleged violations of her First, Fourth, Fifth, and Fourteenth Amendment rights.

   Pursuant to the operative scheduling order, pre-trial motions are to be filed by August 17, 2007.  The facts in this case are lengthy and complex, and there are numerous legal issues that will be subject Defendants' anticipated motion.  It is the belief of the undersigned that it would be very difficult for COUNTY defendants' to provide the Court with the relevant background and adequately brief all of the legal issues, in a brief limited to 25 pages, especially given the fact that there are claims against eleven different individuals.  Accordingly, Defendants request leave of court to file a memorandum of points and authorities (as well as a separate statement of undisputed material facts) that exceeds 25 pages.  Defendants believe that limit of thirty-five (35) pages would be reasonable in this situation.  Defendants would not oppose a similar accommodation for Plaintiff's anticipated opposition.

Dated: August 13, 2007              WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


                                    By:  /s/ Michael R. Linden
                                         James D. Weakley
                                         Michael R. Linden
                                         Counsel for Defendants

**ORDER**

    This Court GRANTS defendants' request to file a brief up to 35 pages and ADMONISHES defense counsel to prepare well-organized, focused and succinct papers.

IT IS SO ORDERED.

Dated:   August 15, 2007              /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE