| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Michael R. Linden, Esq. | Bar No. 192485 |
| Erica M. Camarena, Esq. | Bar No. 227981 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, DETECTIVE CYNTHIA KNIGHT, SHERIFF RICHARD PIERCE, DETECTIVE MARK CHAPMAN, SERGEANT NEIL DADIAN, DETECTIVE EARL RICHARDSON, DETECTIVE JANICE RASMUSSEN, DETECTIVE KEN BOWDEN, DEPUTY DALE BAUMAN, DEPUTY MIKE SEVERSON, DEPUTY PATRICK HANSON, and DEPUTY JUAN ESPINOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| SHARON SAUNDERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFFS DETECTIVE CYNTHIA KNIGHT; FRESNO COUNTY SHERIFF RICHARD PIERCE;  FRESNO COUNTY SHERIFFS DETECTIVE MARK CHAPMAN; FRESNO COUNTY SHERIFF DEPT. SGT. DADIAN; FRESNO COUNTY SHERIFF DETECTIVE EARL RICHARDSON;  FRESNO COUNTY SHERIFF DETECTIVE JANICE RASMUSSEN;  FRESNO COUNTY SHERIFF DETECTIVE KEN BOWDEN; FRESNO COUNTY SHERIFF DEPUTY DALE BAUMAN;  FRESNO COUNTY SHERIFF DEPUTY MIKE SEVERSON; FRESNO COUNTY SHERIFF DEPUTY PATRICK HANSON;  FRESNO COUNTY SHERIFF DEPUTY JAUN ESPINOZA,<br><br>　　　　　Defendants. | CASE NO. CIV-F-04-5924 LJO WMW<br><br>**STIPULATION AND ORDER TO EXTEND DATES FOR SUMMARY JUDGMENT MOTIONS AND TO VACATE HEARINGS** |

///

///

---
Stipulation to Extend Service and Hearings on
Motions for Summary Judgment

1    IT IS HEREBY STIPULATED by and between the parties that the scheduling of service and
2 hearing dates as they pertain to defendants' and plaintiff's motions for summary judgment, will be
3 modified as follows:

4   1.   Defendants' opposition to plaintiff's motion for summary judgment, currently due
5        to be served by August 28, 2007, has been extended. Defendants must serve and file
6        their opposition no later than September 17, 2007. Plaintiff's reply will be due five
7        days prior to the hearing date.

8   2.   Plaintiff's opposition to defendants' motion for summary judgment, currently due
9        to be served by September 3, 2007, has been extended. Plaintiff must serve and file
10       her opposition no later than September 17, 2007. Defendants' reply will be due five
11       days prior to the hearing date.

12  3.   The hearing on plaintiff's motion for summary judgment, currently set to be heard
13       on September 14, 2007, and the hearing on defendants' motion for summary
14       judgment, currently set to be heard on September 20, 2007, will be continued. Both
15       motions will now be heard on October 4, 2007 at 8:30 a.m. in Courtroom 8, before
16       the Honorable Lawrence J. O'Neill.

**IT IS SO STIPULATED.**

DATED: August 24, 2007             WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                   By:  /s/ Erica M. Camarena
                                        Erica M. Camarena
                                        Attorney for Defendants

DATED: August 23, 2007             SHARON SAUNDERS, IN PRO PER

                                   By:   /s/ Sharon Saunders
                                         Sharon Saunders
                                         Plaintiff, in pro per

Stipulation to Extend Service and Hearings on
Motions for Summary Judgment

**ORDER**

This Court ORDERS the parties to:

1. File and serve their respective summary judgment/adjudication **opposition** papers no later than **September 17, 2007;** and

2. File and serve their respective summary judgment/adjudication **reply** papers no later than **September 27, 2007**.

This Court VACATES the September 14, 2007 hearing on plaintiff's summary judgment/adjudication motion and the September 20, 2007 hearing on defendants' summary judgment/adjudication motion. This Court will consider the parties' summary judgment/adjudication motions on the record and without a hearing, unless this Court orders otherwise.

IT IS SO ORDERED.

Dated:   **August 26, 2007**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE