IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SAUNDERS, et. al, | CASE NO. CV F 04-5924 LJO WMW |
| Plaintiff, | **ORDER TO SUPPLEMENT AND EXTEND SUMMARY JUDGMENT BRIEFING BASED ON DEFENDANTS' DELAYED PRODUCTION** |
| vs. | |
| CYNTHIA KNIGHT, et. al, | |
| Defendants. / | |

On September 20, 2007, defense counsel informed this Court and pro se plaintiff Sharon Saunders ("Ms. Saunders") that the Fresno County Sheriff's Department had recently located audio and video tapes not produced to Ms. Saunders and that defense counsel will soon produce the audio and video tapes to Ms. Saunders. The late production may impact the parties' pending summary judgment/adjudication motions. As such, this Court ORDERS:

1. Defendants, no later than October 5, 2007, to produce to Ms. Saunders copies of the recently located audio and video tapes;

2. Ms. Saunders, no later than October 25, 2007, to file and serve: (a) supplemental summary judgment/adjudication papers to address **only matters arising from the newly produced audio and video tapes**; or (b) a statement that she will file no supplemental papers; and

3. The parties, no later than November 5, 2007, to file summary judgment/adjudication

1 | reply papers.
2 | After review of the Ms. Saunders' supplemental papers, if any, and the parties' reply papers, this Court
3 | will rule on the parties' summary judgment/adjudication motion without a hearing.  Based on delay
4 | caused by defendants' production of the audio and video tapes, this Court VACATES the November 7,
5 | 2007 pretrial conference.
6 |     IT IS SO ORDERED.
7 | **Dated:   September 21, 2007**               /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE