IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON SAUNDERS, et. al, | CASE NO. CV F 04-5924 LJO WMW |
| Plaintiff, | **FURTHER ORDER ON PLAINTIFF'S MOTIONS FOR RECONSIDERATION AND TO DISQUALIFY DISTRICT JUDGE** (Doc. 201.) |
| vs. | |
| CYNTHIA KNIGHT, et. al, | |
| Defendants. | |

This Court denied plaintiff's motions to reconsider summary judgment in defendants' favor and to disqualify United States District Judge Lawrence J. O'Neill. Plaintiff complains that this Court has not considered all papers which she has filed. This Court has considered **all** papers plaintiff has filed since her original moving papers. This Court again DENIES plaintiff's motions to reconsider summary judgment in defendants' favor and to disqualify Judge O'Neill. This Court will consider to strike any further papers which plaintiff may file on matters of reconsideration or disqualification.

IT IS SO ORDERED.

Dated:   December 14, 2007              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE